United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY DOMINGUEZ,

Plaintiffs,

v.

GREYHOUND LINES, INC.,

Defendants.

Case No.  20-cv-06130-SI  (SI)

**PRETRIAL SCHEDULING AND
PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

Status Report regarding Mediation Date and Mediator Name due by: December 21, 2020.

FURTHER CASE MANAGEMENT: June 4, 2021 at 3:00 PM.
Counsel *must* file a joint case management statement by: May 28, 2021.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  May 28, 2021

ADR – PRIVATE MEDIATION to be completed by: May 31, 2021

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 3, 2021.

DESIGNATION OF EXPERTS: January 14, 2022; REBUTTAL: January 31, 2022;
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: February 25, 2022.

DISPOSITIVE MOTIONS **SHALL** be filed by; March 3, 2022;
        Opp. Due: March 25, 2022; Reply Due: April 1, 2022;
        and set for hearing no later than April 15, 2022 at 10:00 AM.

PRETRIAL PAPERWORK due by: May 10, 2022.

PRETRIAL CONFERENCE DATE: May 24, 2022 at 3:30 PM.

JURY TRIAL DATE: June 6, 2022 at 8:30 AM.
        Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5-7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

       **IT IS SO ORDERED**.

Dated: December 4, 2020

SUSAN ILLSTON
United States District Judge