**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, SUITE 610
LOS ANGELES, CA 90045
Tel:  (310) 294-9595
Fax: (310) 961-3673
D. AARON BROCK, STATE BAR NO. 241919
ab@brockgonzales.com
CHRISTOPHER P. BRANDES, STATE BAR NO. 282801
cb@brockgonzales.com
LINDSAY L. BOWDEN, STATE BAR NO. 318685
lb@brockgonzales.com

**Attorneys for Plaintiff**
MARY DOMINGUEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY DOMINGUEZ, an individual,<br><br>             Plaintiff,<br><br>      vs.<br><br>GREYHOUND LINES, INC.; and DOES 1-50, inclusive,<br><br>             Defendants. | **Case No.: 3:20-CV-06130-SI**<br>Judge: Hon. Susan Illston<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE** |

///
///
///
///
///
///
///

1
[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE

**<u>ORDER</u>**

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1.      All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2.      Each party is to bear its own fees and costs.


**IT IS SO ORDERED.**


Dated: _____March 15_____, 2020          _____

Hon. Susan Illston

United States District Court Judge

[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE

## PROOF OF SERVICE
UNITED STATES DISTRICT COURT

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 6701 Center Drive West, Ste. 610, Los Angeles, CA 90045.

On March 12, 2021, I served the foregoing document described as **[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE** on the interested parties in this action, addressed as follows:

Ryan L. Eddings, Esq.
Julia G. Remer, Esq.
**LITTLER MENDELSON, P.C.**
5200 North Palm Ave., Suite 302
Fresno, CA 93704
Emails: reddings@littler.com; jremer@littler.com
Emails: cmanning@littler.com; lhammond@littler.com
*Attorneys for Defendant, GREYHOUND LINES, INC.*

☒ **ONLY BY ELECTRONIC TRANSMISSION**. Only by e-mailing the document(s) to the persons at the e-mail address(es) listed based on notice provided on **August 24, 2020** that, during the Coronavirus (Covid-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☐ **By U.S. Mail**, I deposited such envelope(s) in the mail at Los Angeles, California, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **By Personal Service**, I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on March 12, 2021, at Los Angeles, California.

_____
Sylvia Esparza

**PROOF OF SERVICE**